IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **DAVID MARTIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action 1:21-CV-00041-JPJ-PMS |
| | ) | |
| **BALLAD HEALTH,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION FOR APPROVAL OF PROPOSED SETTLEMENT AGREEMENT**

Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216, and Rule 41 of the Federal Rules of Civil Procedure, David Martin ("Plaintiff") jointly with Ballad Health. ("Defendant") (collectively, the "Parties" as appropriate), by and through their undersigned counsel, hereby move this Court to enter an Order approving the Parties' settlement agreement and dismissing with prejudice all claims in this matter. There is good cause for this motion as explained in the Parties' Memorandum in Support of this Motion which is being filed contemporaneously with this motion along with a proposed order.

Dated: January 31, 2022

Respectfully Submitted,

| DAVID MARTIN | BALLAD HEALTH |
|---|---|
| /s/ *Jack Jarrett* | /s/ *Kimberly Daniel* |
| Jack Jarrett VSB # 86176 | Kimberly W. Daniel, VSB #35616 |
| Ellen K. Renaud, VSB # 47326 | Jonathan M. Sumrell, VSB #79123Alan |
| Alan Lescht & Associates, P.C. | Hancock, Daniel, & Johnson, P.C. |
| 1825 K Street, NW, Suite 750 | 4701 Cox Road, Suite 400 |
| Washington, DC 20006 | Glen Allen, VA 23060 |
| T: (202) 463-6067 | T: (804) 967-9604 |
| F: (202) 463-6067 | F: (804) 967-9888 |
| jack.jarrett@leschtlaw.com | kdaniel@hancockdaniel.com |
| *ellen.renaud@leschtlaw.com* | jsumrell@hancockdaniel.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, I filed the foregoing with the Court's CM/ECF system which will automatically serve counsel of record in this matter.

/s/ <em>Jack Jarrett</em>