# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **DAVID MARTIN,** | ) | |
| Plaintiff, | ) | Case No. 1:21CV00041 |
| v. | ) | **ORDER** |
| **BALLAD HEALTH,** | ) | JUDGE JAMES P. JONES |
| Defendant. | ) | |

Having reviewed the Parties' Joint Motion for Approval of Proposed Settlement, the record of evidence, and all other relevant materials, and for good cause shown, it is **ORDERED** as follows:

1. The Parties' Joint Motion for Approval of Proposed Settlement Agreement, ECF No. 12, is GRANTED;

2. The Proposed Settlement Agreement is APPROVED;

3. All claims in this action are DISMISSED WITH PREJUDICE;

4. The Court retains subject-matter jurisdiction over actions to enforce the terms of the Parties' Settlement Agreement; and

5. The Clerk shall close the case.

ENTER: February 4, 2022

/s/ JAMES P. JONES
Senior United States District Judge